BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>NICHOLAS HUERTA,<br><br>            Defendant. | CASE NO. 1:14-CR-108-LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT |

## BACKGROUND

On May 22, 2014, a grand jury returned an indictment charging defendant with six counts of Wire Fraud in violation of 18 U.S.C. § 1343. The Court issued a summons directing the defendant to appear on **June 5, 2014**, at 1:30 p.m. The summons was served on May 28, 2014.

On May 30, 2014, Franz Criego, Esq., contacted counsel for the United States to note that he had been retained by the defendant. Mr. Criego asked that the defendant's arraignment be continued to **June 11, 2014**, before the Duty Magistrate to accommodate his schedule.

The Government does not object to the continuance. A proposed order appears below.

//

//

//

//

Stipulation/Order                                               1

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 2, 2014            By:    /s/ Michael G. Tierney
                                      Michael G. Tierney
                                      Assistant United States Attorney

DATED: June 2, 2014            By:    /s/ Franz Criego
                                      Franz Criego
                                      Attorney for Nicholas Huerta

# O R D E R

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the arraignment currently set for June 5, 2014 be continued to June 11, 2014 @ 1:30 before Magistrate Gary S. Austin in courtroom 10 on the 6th floor.

IT IS SO ORDERED.

Dated:   **June 3, 2014**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE